UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

OPERATING ENGINEERS OF WISCONSIN,
IUOE LOCAL 139 AND LOCAL 420,

                Plaintiffs,

v.

SCOTT WALKER, in his official capacity as Governor;
BRAD SCHIMEL, in his official capacity as Attorney
General for the State of Wisconsin; and JAMES J.
DALEY, in his official capacity as Chairman of the
Wisconsin Employment Relations Commission,

CIVIL ACTION

NO. 18-c-285

---

## NOTICE OF VOLUNTARY DISMISSAL

---

TO:    Mr. Scott Walker, Governor               Mr. Brad Schimel, Attorney General
        State of Wisconsin                         State of Wisconsin
        115 East State Capitol                   114 East State Capitol
        Madison, WI  53702                        Madison, WI  53702

        Mr. James J. Daley, Chairman
        Wisconsin Employment Relations Commission
        4868 High Crossing Boulevard
        Madison, WI  53704-7403

      NOW COME Plaintiffs, by and through their attorneys, and, as of right in accordance with Rule 41(a)(1)(i), Federal Rules of Civil Procedure, hereby dismiss this action without prejudice to the rights of Plaintiffs.

                                          /s/   Brian C. Hlavin

Mark A. Sweet
John M. Loomis
Attorneys for IUOE Local 420
Sweet and Associates, LLC
Bar No. 1024320
Bar No. 1014890
2510 East Capitol Drive
Milwaukee, WI 53211
Telephone: (414) 332-2255
Facsimile: (414) 332-2275
E-Mail: msweet@unionyeslaw.com
E-Mail: jloomis@unionyeslaw.com


Brian C. Hlavin
Patrick N. Ryan
Attorneys for IUOE Local 139
Baum Sigman Auerbach & Neuman, Ltd.
Bar No. 1044654
Bar No. 1102188
N27 W23233 Roundy Drive
PO Box 130
Pewaukee, WI 53072
Telephone: (312) 216-2567
Facsimile: (312) 236-0241
E-Mail: bhlavin@baumsigman.com
E-Mail: pryan@baumsigman.com

I:\139\ACT 10\notice of voluntary dismissal.pnr.df.wpd

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Notice of Voluntary Dismissal) with the Clerk of Court using the ECF system, and further certifies that he mailed the above-referenced document by United States Mail to the following non-ECF participants on or before the hour of 5:00 p.m. this <u>11th</u> day of <u>May 2018</u>:

                Mr. Scott Walker, Governor
                State of Wisconsin
                115 East State Capitol
                Madison, WI 53702

                Mr. Brad Schimel, Attorney General
                State of Wisconsin
                114 East State Capitol
                Madison, WI 53702

                Mr. James J. Daley, Chairman
                Wisconsin Employment Relations Commission
                4868 High Crossing Boulevard
                Madison, WI 53704-7403


                                            /s/ Brian C. Hlavin

| | |
|---|---|
| Mark A. Sweet | Brian C. Hlavin |
| John M. Loomis | Patrick N. Ryan |
| Attorneys for IUOE Local 420 | Attorneys for IUOE Local 139 |
| Sweet and Associates, LLC | Baum Sigman Auerbach & Neuman, Ltd. |
| Bar No. 1024320 | Bar No. 1044654 |
| Bar No. 1014890 | Bar No. 1102188 |
| 2510 East Capitol Drive | N27 W23233 Roundy Drive |
| Milwaukee, WI 53211 | PO Box 130 |
| Telephone: (414) 332-2255 | Pewaukee, WI 53072 |
| Facsimile: (414) 332-2275 | Telephone: (312) 216-2567 |
| E-Mail: msweet@unionyeslaw.com | Facsimile: (312) 236-0241 |
| E-Mail: jloomis@unionyeslaw.com | E-Mail: bhlavin@baumsigman.com |
| | E-Mail: pryan@baumsigman.com |

I:\139\ACT 10\notice of voluntary dismissal.pnr.df.wpd